UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY KONRATH, | ) |
| Petitioner, | ) |
| vs. | ) No. 1:17-cv-083-TWP-DKL |
| SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY, | ) |
| Respondent. | ) |

**Order Transferring Action to Northern District of Indiana**

"[F]or habeas petitions challenging present physical confinement, jurisdiction lies in only one district, the district of confinement." *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004). "Whenever a [28 U.S.C.] § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Id.* at 447.

Based on the foregoing, and because the petitioner is confined at the Westville Correctional Facility in Westville, Indiana, which lies in the Northern District of Indiana, this action is **transferred** to the United States District Court for the Northern District of Indiana, at South Bend, Indiana.

IT IS SO ORDERED.

Date: 1/12/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GREGORY KONRATH
254068
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391